Form: ICB-19001-01 rev. 01

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002-2977 | <br><br>Order Filed on August 26, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>    Myla M. Giles<br><br><br><br><br>                                            Debtor(s) | Case No.: 15-26641 (ABA)<br><br>Hearing Date: 08/24/2016<br><br>Judge:        Andrew B. Altenburg, Jr. |

# ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: August 26, 2016**

*/s/ Andrew B. Altenburg, Jr.*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Myla M. Giles
Case No.: 15-26641 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 03/18/2016, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the case is to be set up as a Tier Plan and the debtor shall pay the Standing Trustee, Isabel C. Balboa, based upon the following schedule:

| Starting Month | No. of Months | Amount |
| --- | --- | --- |
| 10/01/2015 | 10.00 | $100.00 |
| 08/01/2016 | Paid to Date | $3,880.00 |
| 09/01/2016 | 10.00 | $1,149.00 |
| 07/01/2017 | 2.00 | $0.00 |
| 09/01/2017 | 10.00 | $1,149.00 |
| 07/01/2018 | 2.00 | $0.00 |
| 09/01/2018 | 10.00 | $1,149.00 |
| 07/01/2019 | 2.00 | $0.00 |
| 09/01/2019 | 10.00 | $1,149.00 |
| 07/01/2020 | 2.00 | $0.00 |
| 09/01/2020 | 1.00 | $1,149.00 |
| 10/01/2020 | Projected end of plan | |

Debtor: Myla M. Giles
Case No.: 15-26641 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** as follows:

   total plan length of 60 months, plus non-exempt proceeds of inheritance, if any.