Form: ICB-19001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

Order Filed on August 26, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Myla M. Giles

Debtor(s)

Case No.: 15-26641 (ABA)

Hearing Date: 08/24/2016

Judge:    Andrew B. Altenburg, Jr.

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: August 26, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Myla M. Giles
Case No.: 15-26641 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 03/18/2016, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the case is to be set up as a Tier Plan and the debtor shall pay the Standing Trustee, Isabel C. Balboa, based upon the following schedule:

| Starting Month | No. of Months | Amount |
|---|---|---|
| 10/01/2015 | 10.00 | $100.00 |
| 08/01/2016 | Paid to Date | $3,880.00 |
| 09/01/2016 | 10.00 | $1,149.00 |
| 07/01/2017 | 2.00 | $0.00 |
| 09/01/2017 | 10.00 | $1,149.00 |
| 07/01/2018 | 2.00 | $0.00 |
| 09/01/2018 | 10.00 | $1,149.00 |
| 07/01/2019 | 2.00 | $0.00 |
| 09/01/2019 | 10.00 | $1,149.00 |
| 07/01/2020 | 2.00 | $0.00 |
| 09/01/2020 | 1.00 | $1,149.00 |
| 10/01/2020 | Projected end of plan | |

Page 3 of 3
Debtor: Myla M. Giles
Case No.: 15-26641 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** as follows:

   total plan length of 60 months, plus non-exempt proceeds of inheritance, if any.

United States Bankruptcy Court
District of New Jersey

In re:  
Myla M. Giles  
    Debtor

Case No. 15-26641-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Aug 26, 2016  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.  
db          +Myla M. Giles,    1 Highgrove Court,    West Deptford, NJ 08086-3814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:

         Conika Majumdar    on behalf of Creditor    BANK OF AMERICA, N.A. conika.majumdar@fnf.com  
         Eric Clayman    on behalf of Debtor Myla M. Giles jenkins.clayman@verizon.net  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com, ktlbslaw@aol.com  
         John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation d/b/a Acura Financial Services mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
         Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
         Thomas J Orr    on behalf of Creditor    The Grande at Kings Woods tom@torrlaw.com, xerna@aol.com  
                                                                                                                 TOTAL: 9