Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−26641−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Myla M. Giles
   1 Highgrove Court
   West Deptford, NJ 08086

Social Security No.:
   xxx−xx−5595

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 26, 2016.

On January 10, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:           February 8, 2017
Time:           09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 11, 2017
JAN: eag

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Myla M. Giles  
    Debtor

Case No. 15-26641-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jan 11, 2017  
                    Form ID: 185     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.

```
db          +Myla M. Giles,    1 Highgrove Court,    West Deptford, NJ 08086-3814
cr          +American Honda Finance Corporation d/b/a Acura Fin,    P.O. Box 168088,    Irving, TX 75016-8088
cr          +BANK OF AMERICA, N.A.,    c/o Koury Tighe Lapres Bisulca & Sommers,    1423 Tilton Road,
              Suite 9,    Northfield, NJ 08225-1857
cr           The Grande at Kings Woods,    225 Berkley Road,    Mantua, NJ  08051
515719750   +ACS/JP Morgan Chase Bank,    501 Bleecker Street,    Utica, NY 13501-2401
515719752  ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court: American Honda Finance,    201 Little Falls Drive,
              Wilmington, DE 19808)
515719754   +ASA,    c/o Delta Management Associates, Inc.,    100 Everett Avenue, Ste 6,    PO Box 9191,
              Chelsea, MA 02150-9191
515719751    American Express,    PO Box 1270,    Newark, NJ 07101-1270
515807524    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515719753    American Student Assurance,    c/o Delta Management Associates,    100 Everett Avenue, Ste 6,
              PO Box 9191,    Chelsea, MA 02150-9191
515954078    Bank of America,    PO BOX 31785,    Tampa, FL 33631-3785
515719755    Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
515719756   +Bank of America, N.A.,    c/o Frederick J. Hanna & Associates, PC,    2253 Northwest Parkway,
              Marietta, GA 30067-8764
515868801   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515719762  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Home Depot Credit Services,    PO Box 182676,
              Columbus, OH 43218-2676)
515719758    Capital One/Neiman Marcus,    PO Box 5235,    Carol Stream, IL 60197-5235
515719759    Capital One/Saks Fifth Avenue,    PO Box 71106,    Charlotte, NC 28272-1106
515719760   +Chase Bank USA, N.A.,    c/o United Collection Bureau, Inc.,    5620 Southwyck Blvd, Ste 206,
              Toledo, OH 43614-1501
515719761    Chase Cardmember Service,    PO Box 15548,    Wilmington, DE 19886-5548
515917219    ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408
515822473   +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
              Warren, MI 48090-2011
515719764    State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
515742122   +The Grande at Kings Woods,    Attn Thomas J. Orr,    321 High Street,    Burlington, NJ 08016-4411
515719767   +The Grande at Kings Woods,    c/o Dennis McInerney, Esq.,    Moorestown Time Square,
              710 East Main Street, Stte 2B,    Moorestown, NJ 08057-3066
515719766   +The Grande at Kings Woods,    c/o Budd Realty,    901 Cooper Street,    Deptford, NJ 08096-2572
515719765   +The Grande at Kings Woods,    Condomunium Association,    PO Box 783,    Woodbury, NJ 08096-7783
515719768   +The Home Depot/Citibank, N.A.,    c/o Monarch Recovery Mgmt., Inc.,    PO Box 16119,
              Philadelphia, PA 19114-0119
515719769   +The Home Depot/Citibank, N.A.,    c/o United Collection Bureau, Inc.,
              5620 Southwyck Blvd., Ste 206,    Toledo, OH 43614-1501
515719770    Union Plus Credit Card,    PO Box 71104,    Charlotte, NC 28272-1104
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2017 23:15:28     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2017 23:15:25      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515752866    E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 11 2017 23:15:34
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088,    866-716-6441
515719757   +E-mail/Text: bankruptcydpt@mcmcg.com Jan 11 2017 23:15:25     Capital One, N.A.,
              c/o Midland Credit Management, Inc.,    8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
515719763    E-mail/Text: cio.bncmail@irs.gov Jan 11 2017 23:15:00     IRS,    PO Box 7346,
              Philadelphia, PA 19101-7346
515845058    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2017 23:14:11
              Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 6
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin             Page 2 of 2            Date Rcvd: Jan 11, 2017
                              Form ID: 185            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
          Conika  Majumdar    on behalf of Creditor    BANK OF AMERICA, N.A. conika.majumdar@fnf.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Debtor Myla M. Giles jenkins.clayman@verizon.net
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
           ktlbslaw@aol.com
          John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation d/b/a Acura
           Financial Services mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
          Thomas J Orr    on behalf of Creditor    The Grande at Kings Woods tom@torrlaw.com,  xerna@aol.com
                                                                                             TOTAL: 10
```