Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 15−26641−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Myla M. Giles
   81 Diven Street
   Springfield, NJ 07081

Social Security No.:
   xxx−xx−5595

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      10/25/18
Time:     02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
$5,874.00

EXPENSES
$31.44

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 14, 2018
JAN:

                              Jeanne Naughton
                              Clerk

```
                               United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                      Case No. 15-26641-ABA
Myla M. Giles                                                               Chapter 13
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                   Page 1 of 2                  Date Rcvd: Sep 14, 2018
                               Form ID: 137                  Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
db             +Myla M. Giles,    81 Diven Street,    Springfield, NJ 07081-2801
cr             +American Honda Finance Corporation d/b/a Acura Fin,    P.O. Box 168088,    Irving, TX 75016-8088
cr             +BANK OF AMERICA, N.A.,    c/o Koury Tighe Lapres Bisulca & Sommers,    1423 Tilton Road,
                 Suite 9,    Northfield, NJ 08225-1857
cr              The Grande at Kings Woods,    225 Berkley Road,    Mantua, NJ 08051
515719752     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,     201 Little Falls Drive,
                 Wilmington, DE 19808)
515719754      +ASA,   c/o Delta Management Associates, Inc.,    100 Everett Avenue, Ste 6,    PO Box 9191,
                 Chelsea, MA 02150-9191
515719751       American Express,    PO Box 1270,    Newark, NJ 07101-1270
515807524       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515719753       American Student Assistance,    c/o Delta Management Associates,    100 Everett Avenue, Ste 6,
                 PO Box 9191,    Chelsea, MA 02150-9191
515954078       Bank of America,    PO BOX 31785,    Tampa, FL 33631-3785
515719755       Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
515868801      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515719756      +Bank of America, N.A.,    c/o Frederick J. Hanna & Associates, PC,    2253 Northwest Parkway,
                 Marietta, GA 30067-8764
515719762     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,     PO Box 182676,
                 Columbus, OH 43218-2676)
515719758       Capital One/Neiman Marcus,    PO Box 5235,    Carol Stream, IL 60197-5235
515719760      +Chase Bank USA, N.A.,    c/o United Collection Bureau, Inc.,    5620 Southwyck Blvd, Ste 206,
                 Toledo, OH 43614-1501
515719761       Chase Cardmember Service,    PO Box 15548,    Wilmington, DE 19886-5548
515917219       ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408
515719764       State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
515719765      +The Grande at Kings Woods,    Condomunium Association,    PO Box 783,    Woodbury, NJ 08096-7783
515719766      +The Grande at Kings Woods,    c/o Budd Realty,    901 Cooper Street,    Deptford, NJ 08096-2572
515719767      +The Grande at Kings Woods,    c/o Dennis McInerney, Esq.,    Moorestown Time Square,
                 710 East Main Street, Stte 2B,    Moorestown, NJ 08057-3066
515742122      +The Grande at Kings Woods,    Attn Thomas J. Orr,    321 High Street,    Burlington, NJ 08016-4411
515719768      +The Home Depot/Citibank, N.A.,    c/o Monarch Recovery Mgmt., Inc.,    PO Box 16119,
                 Philadelphia, PA 19114-0119
515719769      +The Home Depot/Citibank, N.A.,    c/o United Collection Bureau, Inc.,
                 5620 Southwyck Blvd., Ste 206,    Toledo, OH 43614-1501
515719770       Union Plus Credit Card,    PO Box 71104,    Charlotte, NC 28272-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2018 00:39:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2018 00:39:38       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515719750      +E-mail/Text: bknotices@conduent.com Sep 15 2018 00:40:47      ACS/JP Morgan Chase Bank,
                 501 Bleecker Street,    Utica, NY 13501-2401
515752866       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 15 2018 00:39:50
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
515719757      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 15 2018 00:39:37      Capital One, N.A.,
                 c/o Midland Credit Management, Inc.,    8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
515719759       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 15 2018 00:45:15
                 Capital One/Saks Fifth Avenue,    PO Box 71106,    Charlotte, NC 28272-1106
515719763       E-mail/Text: cio.bncmail@irs.gov Sep 15 2018 00:39:10      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
515822473      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 15 2018 00:39:37
                 Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515845058       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 15 2018 00:45:19
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin                Page 2 of 2             Date Rcvd: Sep 14, 2018
                              Form ID: 137               Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
              Conika  Majumdar    on behalf of Creditor    BANK OF AMERICA, N.A. conika.majumdar@fnf.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman     on behalf of Debtor Myla M. Giles jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
               ktlbslaw@aol.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation d/b/a Acura
               Financial Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
              Stephanie F. Ritigstein    on behalf of Debtor Myla M. Giles jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Thomas J Orr    on behalf of Creditor    The Grande at Kings Woods tom@torrlaw.com,  xerna@aol.com
                                                                                             TOTAL: 11
```