|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on October 25, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Myla Giles, | Case No.: 15-26641<br><br>Chapter: 13<br><br>Hearing Date: 4/27/16-7/26/17<br><br>Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: October 25, 2018**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $ _____5200.00._____ for services rendered and expenses in the amount of $_____31.44_____ for a total of $_____5231.44_____ .
The allowance is payable:

   X__ through the Chapter 13 plan as an administrative priority.
   ____ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1241.00_____ per month for _____25_____ months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Myla M. Giles  
    Debtor

Case No. 15-26641-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Oct 25, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.  
db         +Myla M. Giles,   81 Diven Street,   Springfield, NJ 07081-2801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:

    Conika Majumdar    on behalf of Creditor   BANK OF AMERICA, N.A. conika.majumdar@fnf.com  
    Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,  
     bkgroup@kmllawgroup.com  
    Eric Clayman    on behalf of Debtor Myla M. Giles jenkins.clayman@verizon.net,  
     connor@jenkinsclayman.com  
    Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
     summarymail@standingtrustee.com  
    John M. Sommers    on behalf of Creditor   BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,  
     ktlbslaw@aol.com  
    John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation d/b/a Acura  
     Financial Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com  
    Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,  
     bkgroup@kmllawgroup.com  
    R. A. Lebron    on behalf of Creditor   BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
    Stephanie F. Ritigstein    on behalf of Debtor Myla M. Giles jenkins.clayman@verizon.net,  
     connor@jenkinsclayman.com  
    Thomas J Orr    on behalf of Creditor    The Grande at Kings Woods tom@torrlaw.com,  xerna@aol.com  
                                                                                                                                                               TOTAL: 11