**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Myla M. Giles | Social Security number or ITIN    xxx–xx–5595 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–26641–ABA | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Myla M. Giles

3/5/21    **By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Myla M. Giles  
    Debtor

Case No. 15-26641-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 05, 2021      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Myla M. Giles, 81 Diven Street, Springfield, NJ 07081-2801 |
| cr | + | American Honda Finance Corporation d/b/a Acura Fin, P.O. Box 168088, Irving, TX 75016-8088 |
| cr | + | BANK OF AMERICA, N.A., c/o Koury Tighe Lapres Bisulca & Sommers, 1423 Tilton Road, Suite 9, Northfield, NJ 08225-1857 |
| cr | | The Grande at Kings Woods, 225 Berkley Road, Mantua, NJ 08051 |
| 515719750 | + | ACS/JP Morgan Chase Bank, 501 Bleecker Street, Utica, NY 13501-2401 |
| 515719754 | + | ASA, c/o Delta Management Associates, Inc., 100 Everett Avenue, Ste 6, PO Box 9191, Chelsea, MA 02150-9191 |
| 515719753 | | American Student Assistance, c/o Delta Management Associates, 100 Everett Avenue, Ste 6, PO Box 9191, Chelsea, MA 02150-9191 |
| 515868801 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515719756 | + | Bank of America, N.A., c/o Frederick J. Hanna & Associates, PC, 2253 Northwest Parkway, Marietta, GA 30067-8764 |
| 515719762 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| 515719758 | | Capital One/Neiman Marcus, PO Box 5235, Carol Stream, IL 60197-5235 |
| 515719760 | + | Chase Bank USA, N.A., c/o United Collection Bureau, Inc., 5620 Southwyck Blvd, Ste 206, Toledo, OH 43614-1501 |
| 515822473 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515719764 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 515719766 | + | The Grande at Kings Woods, c/o Budd Realty, 901 Cooper Street, Deptford, NJ 08096-2572 |
| 515719765 | + | The Grande at Kings Woods, Condomunium Association, PO Box 783, Woodbury, NJ 08096-7783 |
| 515719767 | + | The Grande at Kings Woods, c/o Dennis McInerney, Esq., Moorestown Time Square, 710 East Main Street, Stte 2B, Moorestown, NJ 08057-3066 |
| 515742122 | + | The Grande at Kings Woods, Attn Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| 515719768 | + | The Home Depot/Citibank, N.A., c/o Monarch Recovery Mgmt., Inc., PO Box 16119, Philadelphia, PA 19114-0119 |
| 515719769 | + | The Home Depot/Citibank, N.A., c/o United Collection Bureau, Inc., 5620 Southwyck Blvd., Ste 206, Toledo, OH 43614-1501 |
| 515719770 | | Union Plus Credit Card, PO Box 71104, Charlotte, NC 28272-1104 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 05 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 05 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515719752 | | EDI: WFFC.COM | Mar 06 2021 01:28:00 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 515752866 | | EDI: HNDA.COM | Mar 06 2021 01:28:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 515719751 | | EDI: AMEREXPR.COM | Mar 06 2021 01:28:00 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 515807524 | | EDI: BECKLEE.COM | Mar 06 2021 01:28:00 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515954078 | | EDI: BANKAMER.COM | | |

| | | | | |
|---|---|---|---|---|
| 515719755 | | EDI: BANKAMER.COM | Mar 06 2021 01:28:00 | Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 515719757 | + | EDI: MID8.COM | Mar 06 2021 01:28:00 | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| | | | Mar 06 2021 01:28:00 | Capital One, N.A., c/o Midland Credit Management, Inc., 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 515719759 | | EDI: CAPITALONE.COM | Mar 06 2021 01:28:00 | Capital One/Saks Fifth Avenue, PO Box 71106, Charlotte, NC 28272-1106 |
| 515917219 | | EDI: ECMC.COM | Mar 06 2021 01:28:00 | ECMC, PO BOX 16408, ST.PAUL, MN 55116-0408 |
| 515719763 | | EDI: IRS.COM | Mar 06 2021 01:28:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 515719761 | | EDI: JPMORGANCHASE | Mar 06 2021 01:28:00 | Chase Cardmember Service, PO Box 15548, Wilmington, DE 19886-5548 |
| 515845058 | | EDI: PRA.COM | Mar 06 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Conika Majumdar | on behalf of Creditor BANK OF AMERICA  N.A. conika.majumdar@fnf.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Myla M. Giles mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John M. Sommers | on behalf of Creditor BANK OF AMERICA  N.A. JMSommers@KTLBSLAW.com, ktlbslaw@aol.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: 3180W | Total Noticed: 35 |

John R. Morton, Jr.
    on behalf of Creditor American Honda Finance Corporation d/b/a Acura Financial Services ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Joshua I. Goldman
    on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

R. A. Lebron
    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@fskslaw.com

Stephanie F. Ritigstein
    on behalf of Debtor Myla M. Giles mail@jenkinsclayman.com  kevin@jenkinsclayman.com

Thomas J Orr
    on behalf of Creditor The Grande at Kings Woods tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com

TOTAL: 11